UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In re: | § | Case No. 14-10062-RLM-7 |
|---|---|---|
|  | § |  |
| KEITH R MULLINS | § |  |
| JESSICA K MULLINS | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Richard E. Boston, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,500.00 | Assets Exempt: | $58,275.00 |
| Total Distributions to Claimants: | $3,200.90 | Claims Discharged Without Payment: | $50,659.43 |
| Total Expenses of Administration: | $1,259.99 | | |

3) Total gross receipts of $5,095.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $634.11 (see **Exhibit 2),** yielded net receipts of $4,460.89 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $4,259.30 | $3,716.12 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,259.99 | $1,259.99 | $1,259.99 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $51,771.61 | $48,129.93 | $48,129.93 | $3,200.90 |
| **Total Disbursements** | $56,030.91 | $53,106.04 | $49,389.92 | $4,460.89 |

4). This case was originally filed under chapter 7 on 10/31/2014. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>01/04/2016</u>　　　　　　　　　By:　<u>/s/ Richard E. Boston</u>
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2014 Federal and State tax refunds | 1224-000 | $4,460.89 |
| United States Treasury | 1280-000 | $634.11 |
| **TOTAL GROSS RECEIPTS** | | **$5,095.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Keith and Jessica Mullins | Funds to Third Parties | 8500-002 | $634.11 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$634.11** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Sheffield Financial | 4210-000 | $4,259.30 | $3,716.12 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$4,259.30** | **$3,716.12** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard E. Boston, Trustee | 2100-000 | NA | $1,115.22 | $1,115.22 | $1,115.22 |
| Richard E. Boston, Trustee | 2200-000 | NA | $94.77 | $94.77 | $94.77 |
| Bank of Texas | 2600-000 | NA | $50.00 | $50.00 | $50.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,259.99** | **$1,259.99** | **$1,259.99** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | $181.97 | $386.10 | $386.10 | $25.68 |
| 2 | Discover Bank | 7100-000 | $9,513.30 | $10,776.09 | $10,776.09 | $716.67 |
| 4 | Capital Recovery V, LLC | 7100-000 | $2,496.73 | $2,931.51 | $2,931.51 | $194.96 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $30,808.31 | $30,808.31 | $30,808.31 | $2,048.92 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $3,040.90 | $3,227.92 | $3,227.92 | $214.67 |
|   | Financial Center FCU | 7100-000 | $4,279.05 | $0.00 | $0.00 | $0.00 |
|   | Financial Center FCU | 7100-000 | $510.27 | $0.00 | $0.00 | $0.00 |
|   | Margaret Mary Community Hospital | 7100-000 | $184.81 | $0.00 | $0.00 | $0.00 |
|   | Murphy's Gas Co Inc | 7100-000 | $756.27 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $51,771.61 | $48,129.93 | $48,129.93 | $3,200.90 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 14-10062-RLM-7 | Trustee Name: | Richard E. Boston |
|---|---|---|---|
| Case Name: | MULLINS, KEITH R AND MULLINS, JESSICA K | Date Filed (f) or Converted (c): | 10/31/2014 (f) |
| For the Period Ending: | 1/4/2016 | §341(a) Meeting Date: | 12/03/2014 |
| | | Claims Bar Date: | 04/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking account #476056 MainSource Bank | $700.00 | $0.00 | OA | $0.00 | FA |
| 2 | Seven rooms miscellsneous household furnishings and applianes | $100.00 | $0.00 | OA | $0.00 | FA |
| 3 | Miscellaneous clothing and shoes | $75.00 | $0.00 | OA | $0.00 | FA |
| 4 | 401(k) through employer | $54,000.00 | $0.00 | OA | $0.00 | FA |
| 5 | 1013 Polaris Razor Quad | $3,500.00 | $3,500.00 | OA | $0.00 | FA |
| 6 | 1998 Ford Explorer | $400.00 | $0.00 | OA | $0.00 | FA |
| 7 | 2004 Ford Mustang | $3,000.00 | $0.00 | OA | $0.00 | FA |
| 8 | 2014 Federal and State tax refunds   (u) | $0.00 | $4,460.89 | | $4,460.89 | FA |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**

                    $61,775.00             $7,960.89                     $4,460.89                    $0.00

**Major Activities affecting case closing:**

   tdr
   distribution made
   Notice served.
   TFR submitted.
   Omnibus Objection filed.
   ready to close
   2014 Federal and State tax refunds

| Initial Projected Date Of Final Report (TFR): | 12/31/2015 | Current Projected Date Of Final Report (TFR): | 09/29/2015 | /s/ RICHARD E. BOSTON |
|---|---|---|---|---|
| | | | | RICHARD E. BOSTON |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 14-10062-RLM-7 | **Trustee Name:** | Richard E. Boston |
| **Case Name:** MULLINS, KEITH R AND MULLINS, JESSICA K | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** **-***7518 | **Checking Acct #:** | ******6381 |
| **Co-Debtor Taxpayer ID #:** **-***7519 | **Account Title:** | |
| **For Period Beginning:** 10/31/2014 | **Blanket bond (per case limit):** | $69,146,203.00 |
| **For Period Ending:** 1/4/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/03/2015 | | United States Treasury | tax refund | * | $5,095.00 | | $5,095.00 |
| | {8} | | $4,460.89 | 1224-000 | | | $5,095.00 |
| | | | $634.11 | 1280-000 | | | $5,095.00 |
| 04/09/2015 | 3001 | Keith and Jessica Mullins | pro-rata share tax refund | 8500-002 | | $634.11 | $4,460.89 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,450.89 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,440.89 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,430.89 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,420.89 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $4,410.89 |
| 11/02/2015 | 3002 | Richard E. Boston | Trustee Compensation | 2100-000 | | $1,115.22 | $3,295.67 |
| 11/02/2015 | 3003 | Richard E. Boston | Trustee Expenses | 2200-000 | | $94.77 | $3,200.90 |
| 11/02/2015 | 3004 | Quantum3 Group LLC as agent for | Distribution on Claim #: 1 | 7100-000 | | $25.68 | $3,175.22 |
| 11/02/2015 | 3005 | Discover Bank | Distribution on Claim #: 2 | 7100-000 | | $716.67 | $2,458.55 |
| 11/02/2015 | 3006 | Capital Recovery V, LLC | Distribution on Claim #: 4 | 7100-000 | | $194.96 | $2,263.59 |
| 11/02/2015 | 3007 | PYOD, LLC its successors and assigns as assignee | Distribution on Claim #: 5 | 7100-000 | | $2,048.92 | $214.67 |
| 11/02/2015 | 3008 | PYOD, LLC its successors and assigns as assignee | Distribution on Claim #: 6 | 7100-000 | | $214.67 | $0.00 |

| | | | | SUBTOTALS | $5,095.00 | $5,095.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 14-10062-RLM-7 | | **Trustee Name:** | Richard E. Boston |
| **Case Name:** | MULLINS, KEITH R AND MULLINS, JESSICA K | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***7518 | | **Checking Acct #:** | ******6381 |
| **Co-Debtor Taxpayer ID #:** | **-***7519 | | **Account Title:** | |
| **For Period Beginning:** | 10/31/2014 | | **Blanket bond (per case limit):** | $69,146,203.00 |
| **For Period Ending:** | 1/4/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  |
|---|---|---|
| **TOTALS:** | $5,095.00 | $5,095.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $5,095.00 | $5,095.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $5,095.00 | $5,095.00 | |

**For the period of 10/31/2014 to 1/4/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,095.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,095.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,460.89 |
| Total Non-Compensable Disbursements: | $634.11 |
| Total Comp/Non Comp Disbursements: | $5,095.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/03/2015 to 1/4/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,095.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,095.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,460.89 |
| Total Non-Compensable Disbursements: | $634.11 |
| Total Comp/Non Comp Disbursements: | $5,095.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 14-10062-RLM-7 | **Trustee Name:** | Richard E. Boston |
| **Case Name:** | MULLINS, KEITH R AND MULLINS, JESSICA K | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***7518 | **Checking Acct #:** | ******6381 |
| **Co-Debtor Taxpayer ID #:** | **-***7519 | **Account Title:** | |
| **For Period Beginning:** | 10/31/2014 | **Blanket bond (per case limit):** | $69,146,203.00 |
| **For Period Ending:** | 1/4/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,095.00 | $5,095.00 | $0.00 |

**For the period of 10/31/2014 to 1/4/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,095.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,095.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,460.89 |
| Total Non-Compensable Disbursements: | $634.11 |
| Total Comp/Non Comp Disbursements: | $5,095.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/31/2014 to 1/4/2016**

| | |
|---|---|
| Total Compensable Receipts: | $5,095.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,095.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,460.89 |
| Total Non-Compensable Disbursements: | $634.11 |
| Total Comp/Non Comp Disbursements: | $5,095.00 |
| Total Internal/Transfer Disbursements: | $0.00 |